**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-2141

KEVIN DONNELL MURPHY,

Plaintiff - Appellant,

v.

MS. BRANDI STOCKSDALE, Director Secretary of Health and Maryland; STAFF
MEMBERS, Employees, Supervisors, Managers, Directors,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Julie R. Rubin, District Judge.  (1:24-cv-00325-JRR)

Submitted:  January 22, 2026                      Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kevin Donnell Murphy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Dontell Murphy seeks to appeal the district court's order denying his motions for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Murphy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Murphy's motions for injunctive relief pending appeal and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*